NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1501

FLEXITEEK AMERICAS, INC.
and FLEXITEEK INTERNATIONAL AS,

Plaintiffs-Appellees,

v.

PLASDECK, INC. and
PLASTEAK, INC.,

Defendants-Appellants,

and

ANDRE BATISTA,

Defendant.

Appeal from the United States District Court for the Southern District of Florida in case no 08-CV-60996, Judge James I. Cohn.

ON MOTION

## O R D E R

Upon consideration of the appellants' motion for leave to file a "revised" replacement opening brief, served on December 4, 2009,

IT IS ORDERED THAT:

The motion is granted. The appellees should calculate their brief due date from the date of filing of this order.

FOR THE COURT

JAN 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: S. Tracy Long, Esq.
Bruce H. Wilson, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK